AUGUSTUS W. L. ROTHENBERG, Appellant, *v.* JOSEPHINE F. COLLINS, as Administratrix of the Estate of NEWTON M. COLLINS, Deceased, Respondent.

Reported below, 161 App. Div. 387.
(Submitted May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered March 24, 1914, reversing a judgment in favor of plaintiff entered upon a verdict in an action for malpractice. Also a motion on behalf of appellant to postpone argument.

The motion to dismiss was made upon the ground of failure to file the return.

*George B. Draper* for appellant.

*George D. Reed* for respondent.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, and motion to postpone argument until fall session denied, with ten dollars costs of motion, unless appellant within ten days pay to respondent ten dollars costs of each motion, in which event the argument of the case is postponed until the fall session, and the motion to dismiss appeal is denied, with the privilege to renew the same in case the appellant does not at the earliest opportunity make such application as he may desire to the Appellate Division and promptly serve his cases on appeal after the disposition of such application.

---

ANNA M. HERRMANN et al., Appellants, *v.* CABINET LAND COMPANY, Respondent, Impleaded with Others.

(Submitted May 22, 1916, decided May 30, 1916.)

Motion for re-argument denied, with ten dollars costs. (See 217 N. Y. 526.)